UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>Petitioner,<br>v.<br><br>THE EIGHTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA IN AND FOR THE COUNTY OF CLARK, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00042-MMD-WGC<br><br>ORDER |

This is a closed action where a Nevada state prisoner, Petitioner Michael Leon Williams, filed a petition for a writ of habeas corpus. On January 25, 2018, the Court dismissed his petition, directed that judgment be entered, and directed Petitioner to file no more documents in this closed case. (ECF No. 3.) On November 5, 2018, the Court received a new application for leave to proceed *in forma pauperis* from Petitioner along with a petition for writ of habeas corpus. (ECF Nos. 6, 7.) Because this action is closed and petitioner was directed to file no more documents in this case, it is therefore ordered that Petitioner's second *in forma pauperis* application (ECF No. 7) and petition for writ of habeas corpus (ECF No. 6) are hereby stricken.

It is further ordered that the Clerk of Court will forward petitioner a copy of the stricken documents (ECF Nos. 6, 7) along with a copy of this order.

DATED THIS 6th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE